UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | CR. No.05-10017-T |
| vs. ) | |
| ) | |
| **GEORGE ELVIN ALLRED** ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have George Elvin Allred, DOB 03-24-59, SSN 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, now being detained in the Blount County Jail, Maryville, Tennessee, appear before Magistrate Thomas Anderson on the 10th day of JUNE  2:00 PM 2005 for an Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 12th day of April, 2005.

Victor L. Ivy
Assistant U. S. Attorney

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Blount County Jail, Maryville, Tennessee.

YOU ARE HEREBY COMMANDED to have George Elvin Allred appear before the Magistrate Thomas Anderson at the date and time aforementioned.

ENTERED this 15th day of April, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CR-10017 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT