IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 05-10017-T-An |
| | ) |
| GEORGE ELVIN ALLRED, | ) |
| | ) |
| Defendant. | ) |

ORDER GRANTING MOTION TO BE RELIEVED OF FURTHER REPRESENTATION

Defense counsel has filed a motion, seeking to be relieved as counsel of record in this matter. Defense counsel states that she has become aware of a conflict of interest and is unable to continue with further representation.[1]

For good cause shown, the motion is GRANTED. The clerk's office is directed to choose a new attorney from the CJA panel to represent Defendant.

IT IS SO ORDERED.

James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

29 November 2005
DATE

---

[1] On September 21, 2005, Defendant filed a *pro se* motion for hearing based on ineffective assistance of counsel and violation of the United States Constitutional Due Process Clause. Implicit in that motion is a request for new counsel.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-02-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:05-CR-10017 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT