IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                          No. 05-10017-T

GEORGE ELVIN ALLRED

### ORDER FOR PSYCHOLOGICAL EXAMINATION AND REPORT

Counsel for defendant George Elvin Allred has moved pursuant to 18 U.S.C. § 4241 and § 4242 for a psychiatric or psychological examination of the defendant to determine whether defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to stand trial or whether defendant was insane at the time of the offense. Because there is reasonable cause to believe that such an examination is justified, defendant's motion for psychiatric or psychological examination and report is granted.

It is hereby ordered pursuant to 18 U.S.C. § 4247 that a psychiatric or psychological examination of defendant George Elvin Allred be conducted at an appropriate federal medical facility. The examination will be conducted pursuant to 18 U.S.C. § 4247(b) and a psychiatric or psychological report will be prepared pursuant to 18 U.S.C. § 4247(c).

The report date which is scheduled for March 6, 2006, and the trial date which is currently scheduled for March 13, 2006, are both continued until the results of the evaluation are received.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

29 December 2005
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12/30/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:05-CR-10017 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Sam J. Watridge
LAW OFFICE OF SAM J. WATRIDGE
1215 Main Street
Humboldt, TN 38343

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT